IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

| | | |
|---|---|---|
| DENNIS DAVIS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | NO. 1:23-cv-00080 |
| v. | ) | |
| | ) | JUDGE CAMPBELL |
| MVT SERVICES, LLC d/b/a MESILLA VALLEY TRANSPORTATION and FABIOLA VALDEZ, | ) ) ) | MAGISTRATE JUDGE HOLMES |
| | ) | |
| Defendant. | | |

## ORDER

Pursuant to the Joint Stipulation of Dismissal filed by the parties (Doc. No. 10), this case is hereby **DISMISSED WITH PREJUDICE** under Fed. R. Civ. P. 41(a)(1)(A)(ii). The Clerk is directed to close the file.

It is so **ORDERED**.

_____
WILLIAM L. CAMPBELL, JR.
UNITED STATES DISTRICT JUDGE